UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY SUNDAY,

    Plaintiff,

v.

WILDFLOWER CAFÉ OF CLEARWATER,
INC. a Florida Corporation dba
Wildflower Café, jointly and severally

Case No.: 8:19-cv-001135

and

ST. PETE PORTFOLIO, LLC, a Florida
Limited Liability Company, jointly
and severally,

and

Unknown Defendant #1,

    Defendants.
_____/

## DEFENDANT WILDFLOWER CAFE'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1391, and 1446, Defendant, WILDFLOWER CAFÉ OF CLEARWATER, INC., ("Wildflower Café"), by and through its undersigned counsel, hereby gives its notice of removal of the case styled *Kelly Sunday v. Wildflower Café of Clearwater, Inc., a Florida Corporation dba Wildflower Café, St. Pete Portfolio, LLC, and Unknown Defendant #1,*[1] Case No.: 2019-CC-002682, currently pending in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division.  As grounds,

---

[1] The "Unknown Defendant #1" has not been identified or joined in this lawsuit and it is the undersigned's understanding that "Unknown Defendant #1" has not been served.  Accordingly, it is not required (and not possible) for "Unknown Defendant #1" to join in or consent to this removal pursuant to 28 U.S.C. §1446(b)(2).

Wildflower Café states as follows:

1. On or about April 3, 2019, Kelly Sunday ("Plaintiff") filed her Compliant in the State Court Action.

2. The Summons and Complaint was served on Wildflower Café on April 10, 2019.

3. Pursuant to 28 U.S.C. § 1446(b), Wildflower Café has timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiff's Complaint.

4. A true and legible copy of any and all processes, pleadings, motions, and orders, filed in the State Court Action, obtained by Wildflower Café are attached to this Notice of Removal as required by 28 U.S.C. §1446(a). *See* **Exhibit A**.

5. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the district and division within which the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, is located.

6. This Court has original jurisdiction over this action based on federal questions pursuant to 28 U.S.C. §1331, and this action is therefore properly removable under 28 U.S.C. 1441(a).

7. In applying that statutory provision "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams,* 482 U.S. 386 (1987).

8. Plaintiff's complaint alleges one cause of action: disability discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. §12181 ("the ADA") (*See* Complaint, Count I).

9. Because Plaintiff's Complaint alleges a cause of action under the federal statute of the Americans with Disabilities Act (*See* Complaint, ¶¶9-24), this Court accordingly has original federal question jurisdiction over Plaintiff's complaint pursuant to 28 U.S.C. 1331, and this case is properly removable under 28 U.S.C. §1441. This section states in relevant part that: "[t]he district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Thus, this case is properly removable under 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(d), Wildflower Café has provided written notice of the filing of this Notice of Removal to Plaintiff and has filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida. *See* **Exhibit B.**

11. Pursuant to 28 U.S.C. §1446(b)(2), Wildflower Café has conferred with Defendant St. Pete Portfolio, LLC, who advises that it consents to the removal of this action.

WHEREFORE, Wildflower Café respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Kelly Sunday v. Wildflower Café of Clearwater, Inc., a Florida Corporation dba Wildflower Café, St. Pete Portfolio, LLC, and Unknown Defendant #1,* Case No.: 2019-CC-002682 from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

*[Signature Lines On Following Page]*

DATED May 10, 2019.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        */s/Gretchen M. Lehman*
        Phillip B. Russell
        Florida Bar No. 67199
        phillip.russell@ogletree.com
        Gretchen M. Lehman
        Florida Bar No. 46365
        gretchen.lehman@ogletree.com
        100 North Tampa Street, Suite 3600
        Tampa, Florida 33602
        Telephone: (813) 289-1247
        Facsimile: (813) 289-6530

        *Attorneys for Defendant Wildflower Café*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 10, 2019, I electronically filed the foregoing with the Court's CM/ECF system, and that a true and correct copy of the foregoing was sent via electronic mail to the following:

    Melissa G. Mince, Esq.
    Layla K. McDonald, Esq.
    McDonald, Mince, PLLC
    801 West Bay Drive, Suite 113
    Largo, Florida 33770
    mmince@mcdonaldandmincelaw.com
    lmcdonald@mcdonaldandmince.law.com
    eserve@mcdonaldandmincelaw.com
    ***Attorneys for Plaintiff***

        */s/Gretchen M. Lehman*
        Gretchen M. Lehman

38424643.1